UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Aaron Rubenstein,

                     Plaintiff,

Case No. 16-cv-03327

-against-

Kenneth L. Londoner,

                     Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Sirui Sherry Xia**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SX2251   My State Bar Number is 5336268

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Kobre & Kim LLP
                   FIRM ADDRESS: 800 Third Avenue, 6th Floor, New York, NY 10022
                   FIRM TELEPHONE NUMBER: 917-215-9274
                   FIRM FAX NUMBER: 212-488-1220

NEW FIRM:    FIRM NAME: HAYNES AND BOONE, LLP
                   FIRM ADDRESS: 30 Rockefeller Plaza, 26th Fl., New York, NY 10112
                   FIRM TELEPHONE NUMBER: 212-659-7300
                   FIRM FAX NUMBER: 212-884-8241

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 26, 2016

_____
ATTORNEY'S SIGNATURE