UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON RUBENSTEIN,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>KENNETH L. LONDONER<br><br>　　　　　　　　Defendant,<br><br>　　　　　　　　and<br><br>BIOSIG TECHNOLOGIES, INC.,<br><br>　　　　　　　Nominal Defendant. | No. 16-CV-3327 (VSB)<br><br>(ECF CASE) |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION
WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and his counsel hereby gives notice that Plaintiff voluntarily dismisses this action as to all claims and all parties with prejudice and without costs to any party.

Dated:　New York, New York
　　　　July 21, 2016

*s/ Miriam Tauber*
_____

Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Avenue 2A
New York, New York 10075
Tel:　323.790.4881
MiriamTauberLaw@gmail.com

*Attorney for Plaintiff*

1